# EXHIBIT 6



## We'll always put performance first.

At Johns Manville, everyone in our company is committed to a core principle: materials matter. Our focus on performance inspires our research, design and manufacturing teams to consistently deliver quality products that promote more comfortable, healthier and energy efficient environments.

## Introducing our latest product improvement

Johns Manville Formaldehyde-free™ fiber glass building insulation now contains a bio-based binder. (A binder is the "glue" that holds together glass fibers and helps products like batts and rolls retain their shape and performance.) Our new bio-based binder includes rapidly renewable plant-based materials while remaining compliant with the same industry specifications. Applicators believe the new product offers additional benefits, including:

- Improved handling
- Easier cutting
- Less dust
- Continued indoor air quality

## Data Sheets

**Residential/Commercial Insulation**

- Unfaced, Kraft Faced, and FSK Thermal & Acoustical Fiber Glass Insulation for Wood, Engineered Wood, & Steel Frame Construction
- ComfortTherm® Formaldehyde-free Fiber Glass Insulation for Wood, Engineered Wood, & Steel Frame Construction
- EasyFit® Formaldehyde-free Fiber Glass Insulation for Wood & Steel Frame Construction
- FSK-25 Faced Formaldehyde-free Fiber Glass Insulation for Wood, Engineered Wood, & Steel Frame Construction

**Metal Building**

- PEBS Blanket Data Sheet
- Microlite "L" Data Sheet

**Safety Data Sheets**

- Formaldehyde-free Fiber Glass Building and Flexible Duct Insulation
- Fire-Retardant Faced, Formaldehyde-free Fiber Glass Building Insulation

## Bulletins

- Technical Bulletin

- What people are saying

    We immediately noticed the benefits of JM's new bio-based binder products. The batts are easy to cut, and have much less odor and dust compared to other batts. We are very happy with JM's new product.

    – Benoit Brassard, Owner, Isolation Red Hot Insulators