UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, ) <br> KNAUF INSULATION GmbH, and ) <br> KNAUF INSULATION SPRL, ) <br> ) <br> Plaintiffs, Counterclaim-Defendants ) <br> ) <br> vs. ) <br> ) <br> JOHNS MANVILLE CORPORATION and ) <br> JOHNS MANVILLE, INC., ) <br> ) <br> Defendants, Counterclaim-Plaintiffs. ) <br> ) | Case No. 1:15-cv-00111-WTL-MJD <br><br> Honorable William T. Lawrence <br><br> Magistrate Judge Mark J. Dinsmore |

**DEFENDANTS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO RULE 37(a)(5)(A)**

Defendants Johns Manville Corporation and Johns Manville, Inc. (collectively, "JM") respectfully move under Rule 37(a)(5)(A) for its reasonable expenses (attorneys' fees) incurred in pursuing their Motion to Compel Response to Interrogatory No. 1 (Dkt. No. 151). The amount of reasonable expenses sought is $48,684.73. Grounds for the motion are set forth in the accompanying memorandum of law, and are summarized below:

1. On June 28, 2018, the Court granted JM's Motion to Compel Response to Interrogatory No. 1 (Dkt. No. 151). (Dkt. No. 197.) In the Order, the Court granted leave to JM to seek attorneys' fees through motion and supporting documentation, to be filed on or before July 13, 2018.

2. Pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court "must," upon granting a motion to compel under Rule 37, require the non-moving party "to pay the movant's reasonable expenses incurred in making the motion, including attorneys' fees," unless one of three particular

exceptions applies to the circumstances of the motion. Here, the Court granted in full JM's motion to compel and none of the exceptions apply.

3. JM's request for attorneys' fees is reasonable. JM's fees, reflected in the lodestar analysis of the number of hours expended multiplied by the billing rate, are reasonable in both the number of hours spent (which are prorated by JM by the individual task performed) and the billing rate, which is presumptively appropriate. *See People Who Care v. Rockford Bd. of Educ. Sch. Dist. No. 205*, 90 F.3d 1307, 1310 (7th Cir. 1996) (holding "The attorney's actual billing rate … is presumptively appropriate.") (internal citation omitted). In support of this motion, JM provides the billing entries of the three attorneys involved in the prosecution of JM's motion to compel, including the meet and confer process, drafting and filing of the motion and supporting documents, and the drafting and filing of the reply brief in support.

4. For the foregoing reasons and the reasons set forth in the accompanying memorandum of law, JM respectfully requests an award of its reasonable expenses in connection with bringing this motion, namely $48,684.73 in attorneys' fees incurred and supported by JM's billing records.

Dated: July 13, 2018

Respectfully submitted,

*/s/ David E. Sipiora*
David E. Sipiora (*pro hac vice*)
dsipiora@kilpatricktownsend.com
Kevin M. Bell (*pro hac vice*)
kbell@kilpatricktownsend.com
Edward J. Mayle (*pro hac vice*)
tmayle@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Tel: (303) 571-4000
Fax: (303) 571-4321

          James W. Riley, Jr. (No. 6073-49)
          *jriley@rbelaw.com*
          RILEY BENNETT & EGLOFF, LLP
          141 East Washington Street
          Fourth Floor
          Indianapolis, IN 46204
          Tel: (317) 636-8000
          Fax: (317) 636-8027

          *Counsel for Defendants Johns Manville*
          *Corporation and Johns Manville, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, a copy of the foregoing **DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO RULE 37(a)(5)(A)** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David E. Sipiora*
David E. Sipiora