# ATTACHMENT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, KNAUF INSULATION GmbH, and KNAUF INSULATION SPRL, <br><br> Plaintiffs, Counterclaim-Defendants <br><br> vs. <br><br> JOHNS MANVILLE CORPORATION and JOHNS MANVILLE, INC., <br><br> Defendants, Counterclaim-Plaintiffs. | Case No. 1:15-cv-00111-WTL-MJD <br><br> Honorable William T. Lawrence <br><br> Magistrate Judge Mark J. Dinsmore |

**DECLARATION OF KEVIN M. BELL IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO RULE 37(a)(5)(A)**

I, Kevin M. Bell, hereby declare under 28 U.S.C. § 1746 as follows:

1. I am an attorney with Kilpatrick Townsend & Stockton LLP and am one of counsel of record for Defendants Johns Manville Corporation and Johns Manville (collectively, "JM") in this action. I am licensed to practice law in Colorado and am admitted here *pro hac vice*. I make this declaration based on my personal knowledge, and, if called upon as a witness could and would testify competently to the matters set forth below.

2. Attached hereto as **Attachment 1** is a true and correct copy of excerpts of the bills provided to JM by the law firm Kilpatrick Townsend & Stockton LLP for the work performed in the months of February, March, and April 2018 by David Sipiora, Kevin Bell, and Edward "Ted" Mayle, and the law firm Riley Bennett Egloff LLP for the work performed in those same months by James Riley. These counsel all represent JM in this action and each were engaged in pursuing JM's Motion to Compel Response to Interrogatory No. 1 (Dkt. No. 151),

1

including involvement in the meet and confer process, and the drafting and filing of JM's Motion, supporting reply brief, and relevant documents.

3. In pursuing JM's Motion to Compel, each attorney billed JM. In Attachment 1, JM provides the Court with unredacted excerpts of the invoices for February, March, and April 2018, identifying those tasks directed to the meet and confer process, and the drafting and filing of JM's Motion, supporting reply brief, and relevant documents. For those entries that were block billed per agreement with JM, counsel for JM has either identified, in the case of Mr. Riley's invoices, those specific portions of an hour billed, or, in the case of the invoices for Messrs. Bell, Sipiora, and Mayle, prorated the invoiced amount by the number of relevant, unredacted tasks, in comparison to the total tasks. Those prorated amounts are identified in the invoices set forth in Attachment 1.

4. Mr. Sipiora, a partner, has over 30 years of intellectual property litigation experience and charges JM a heavily discounted rate of $650 an hour. Mr. Bell, senior associate, has over 10 years of intellectual property litigation experience and charges JM a rate of $550 an hour. Mr. Mayle, associate, has over 8 years of intellectual property litigation experience and charges JM a rate of $495 an hour. Mr. Riley has over 30 years of litigation experience in the State of Indiana and charges JM a rate of $435 an hour.

5. For Mr. Riley, the amount of relevant attorneys' fees incurred is $2,262.00. For Messrs. Bell, Sipiora, and Mayle, the total amount of relevant attorneys' fees incurred is $46,422.73.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 13, 2018, at Denver Colorado.

                                              */s/ Kevin M. Bell*
                                              Kevin M. Bell (*pro hac vice*)
                                              kbell@kilpatricktownsend.com
                                              KILPATRICK TOWNSEND & STOCKTON LLP
                                              1400 Wewatta Street, Suite 600
                                              Denver, CO 80202
                                              Tel: (303) 571-4000
                                              Fax: (303) 571-4321

                                              *Counsel for Defendants Johns Manville Corporation and Johns Manville, Inc.*