# ATTACHMENT 1

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| 2/8/2018 | Kevin M. Bell<br><br>**Pro Rate: 1,068.57** | 6.80 | 3,740.00 | ███; email correspondence with counsel for Knauf regarding discovery disputes; review and revise letter to counsel for Knauf regarding discovery disputes; review JM interrogatory responses for objections in preparing letter to counsel for Knauf regarding discovery disputes; ███; ███; ███. |
| 3/6/2018 | Kevin M. Bell<br><br>**Pro Rate 2,273.33** | 6.20 | 3,410.00 | ███; ███; email correspondence with counsel for Knauf regarding meet and confer on discovery; email correspondence with [JM] regarding same; email correspondence with J. Riley regarding meet and confer ███; phone conference with counsel for Knauf regarding meet and confer on discovery and ESI protocol. |
| 3/8/2018 | Kevin M. Bell<br><br>**Pro Rate 958.57** | 6.10 | 3,355.00 | ███; preparations for and attend meet and confer with Knauf regarding interrogatory responses and discovery; ███; ███; ███; ███; review discovery for meet and confer. |
| 3/14/2018 | Kevin M. Bell<br><br>**Pro Rate 2,451.43** | 7.80 | 4,290.00 | ███; preparations for phone conference with court; office conference with D. Sipiora regarding preparations for phone conference with court; attend phone conference with court; draft email correspondence for JM regarding results of phone conference with court and potential |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | motions; ▇▇▇ ; ▇▇▇. |
| 3/20/2018 | Kevin M. Bell<br><br>**Pro Rate 1,175.63** | 5.70 | 3,135.00 | ▇▇▇ ; ▇▇▇ ; ▇▇▇ ; ▇▇▇ ; email correspondence with [JM] regarding motion to compel; email correspondence with J. Riley regarding same; review and revise motion to compel. |
| 3/21/2018 | Kevin M. Bell<br><br>**Pro Rate 570.63** | 8.30 | 4,565.00 | ▇▇▇ ; ▇▇▇ ; review and revise motion to compel; ▇▇▇ ; ▇▇▇. |
| 3/22/2018 | Kevin M. Bell<br><br>**Pro Rate 636.43** | 8.10 | 4,455.00 | ▇▇▇ ; ▇▇▇ ; ▇▇▇ ; ▇▇▇ ; ▇▇▇ ; email correspondence with T. Mayle regarding motion to compel. |
| 4/5/2018 | Kevin M. Bell<br><br>**Pro Rate 1,485.00** | 8.10 | 4,455.00 | Email correspondence with [JM] regarding Knauf request for extension; review Knauf motion for extension to respond to motion to compel; email correspondence with counsel for Knauf regarding request for extension on motion to compel response; ▇▇▇ ; ▇▇▇ ; ▇▇▇ ; |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | ▇▇▇; ▇▇▇. |
| 4/6/2018 | Kevin M. Bell<br><br>**Pro Rate 518.57** | 6.60 | 3,630.00 | ▇▇▇; email correspondence with [JM] regarding Knauf motion for extension of time; ▇▇▇; ▇▇▇; ▇▇▇; ▇▇▇; ▇▇▇; |
| 4/17/2018 | Kevin M. Bell<br><br>**Pro Rate 1,532.14** | 6.50 | 3,575.00 | ▇▇▇; review and revise draft reply brief regarding motion to compel; ▇▇▇; email correspondence with [JM] regarding response to motion to compel; email correspondence with [JM] regarding reply in support of motion to compel; ▇▇▇. |
| 4/18/2018 | Kevin M. Bell<br><br>**Pro Rate 924.00** | 8.40 | 4,620.00 | ▇▇▇; ▇▇▇; ▇▇▇; ▇▇▇; office conference with D. Sipiora and T. Mayle regarding replies in support of motions to stay and motion to compel. |
| 4/19/2018 | Kevin M. Bell<br><br>**Pro Rate 924.00** | 4.20 | 2,310.00 | ▇▇▇; ▇▇▇; email correspondence with J. Riley regarding replies in support of motions to compel and stay and regarding motion to dismiss; ▇▇▇; email correspondence with [JM] |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | regarding replies in support of motion to compel and oral argument. |
| 4/20/2018 | Kevin M. Bell<br>**Pro Rate 1,078.00** | 4.90 | 2,695.00 | ▓▓▓; review J. Riley edits to reply in support of motion to compel; email correspondence with [JM] regarding oral argument in support of motion to compel and reply in support of same; ▓▓▓; ▓▓▓. |
| 4/23/2018 | Kevin M. Bell<br>**Pro Rate 1,637.78** | 6.70 | 3,685.00 | ▓▓▓; ▓▓▓; finalize reply brief in support of motion to compel for filing; email correspondence with [JM] regarding same; phone conference with D. Sipiora regarding same; ▓▓▓; ▓▓▓; ▓▓▓; email correspondence with [JM] regarding filings. |
| 2/8/2018 | David E. Sipiora<br>**Pro Rate 1,213.33** | 2.80 | 1,820.00 | Review interrogatory responses; office conference with K. Bell re responses; telephone conference with K. Bell re discovery issues; follow up re interrogatory answers; ▓▓▓; ▓▓▓. |
| 3/6/2018 | David E. Sipiora<br>**Pro Rate 650.00** | 5.00 | 3,250.00 | ▓▓▓; ▓▓▓; ▓▓▓; review and respond to Knauf correspondence re patents; ▓▓▓. |
| 3/8/2018 | David E. Sipiora<br>**Pro Rate 162.50** | 0.50 | 325.00 | Office conferences with K. Bell re meet and confer with Knauf, ▓▓▓. |
| 3/14/2018 | David E. Sipiora<br>**Pro Rate 1,263.89** | 3.50 | 2,275.00 | Prepare for case management conference; office conferences with K. Bell re case management conference, discovery, and document review issues; telephone conferences with J. Riley re |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | stay and case management conference issues; review and respond to correspondence from Knauf; participate in case management conference; ▇▇▇; ▇▇▇; ▇▇▇; review and revise summary of case management conference. |
| 3/20/2018 | David E. Sipiora | 1.80 | **1,170.00** | Review and revise motion to compel. |
| 3/22/2018 | David E. Sipiora | 0.60 | **390.00** | Final review of motion to compel; telephone conference with T. Mayle re motion. |
| 4/16/2018 | David E. Sipiora **Pro Rate 436.43** | 4.70 | 3,055.00 | ▇▇▇; ▇▇▇; ▇▇▇; ▇▇▇; office conferences with T. Mayle and with K. Bell re ▇▇▇, response to opposition on motion to compel, ▇▇▇; ▇▇▇. |
| 4/18/2018 | David E. Sipiora | 4.70 | **3,055.00** | Review moving brief and opposition to motion to compel; review and revise reply brief in support of motion to compel. |
| 4/19/2018 | David E. Sipiora **Pro Rate 390.00** | 1.20 | 780.00 | Office conference with T. Mayle re revisions to reply brief in support of motion to compel; ▇▇▇. |
| 4/20/2018 | David E. Sipiora | 0.30 | **195.00** | Review comments and input from local counsel re reply in support of motion to compel; follow up with T. Mayle re edits to brief. |
| 4/22/2018 | David E. Sipiora | 1.20 | **780.00** | Review and revise reply brief re motion to compel. |
| 4/23/2018 | David E. Sipiora | 0.40 | **260.00** | Final review and edit of reply re motion to compel; telephone conference with K. Bell re revisions to reply brief. |
| 2/6/2018 | Ted Mayle **Pro Rate 1,353.00** | 8.20 | 4,059.00 | ▇▇▇; ▇▇▇ |

| Date | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | ▆▆▆▆▆▆▆▆▆▆; draft letter to Knauf counsel regarding deficiencies in discovery responses. |
| 3/1/2018 | Ted Mayle | 2.80 | **1,386.00** | Review Knauf's discovery responses for completeness in preparation for a possible motion to compel discovery. |
| 3/15/2018 | Ted Mayle | 4.50 | **2,227.50** | Draft brief in support of motion to compel conception and reduction to practice information. |
| 3/16/2018 | Ted Mayle **Pro Rate 1,212.75** | 4.90 | **2,425.50** | Continue to draft motion to compel response to Rog 1; ▆▆▆▆▆▆▆▆▆▆. |
| 3/17/2018 | Ted Mayle | 6.00 | **2,970.00** | Draft motion to compel response to Interrogatory No. 1. |
| 3/21/2018 | Ted Mayle **Pro Rate 618.75** | 2.50 | **1,237.50** | Continue to draft motion to compel response to Interrogatory No. 1; ▆▆▆▆▆▆▆▆▆▆. |
| 3/22/2018 | Ted Mayle | 5.00 | **2,475.00** | Finalize and file motion to compel Interrogatory No. 1 with declaration and exhibits. |
| 4/16/2018 | Ted Mayle | 3.40 | **1,683.00** | Draft reply in support of JM's motion to compel Knauf to respond to Interrogatory No. 1. |
| 4/17/2018 | Ted Mayle **Pro Rate 1,254.00** | 7.60 | **3,762.00** | Continue to draft reply brief in support of motion to compel Knauf to respond to JM's Interrogatory No. 1; ▆▆▆▆▆▆; ▆▆▆▆▆▆. |
| 4/18/2018 | Ted Mayle **Pro Rate 1,320.00** | 8.00 | **3,960.00** | Continue to draft reply ISO motion to compel; ▆▆▆▆▆▆▆▆▆▆. |
| 4/19/2018 | Ted Mayle | 3.80 | **1,881.00** | Continue to draft reply ISO motion to compel; conference with D. Sipiora and K. Bell regarding the same. |
| 4/23/2018 | Ted Mayle **Pro Rate 841.50** | 5.10 | **2,524.50** | Finalize and file ▆▆▆▆▆▆▆▆▆▆, reply in support of motion to compel. |

**ATTORNEYS' FEES INCURRED (Bell, Sipiora, Mayle):  $46,422.73**

**ATTORNEYS' FEES INCURRED (J. Riley):  $2,262.00**

<u>**TOTAL ATTORNEYS' FEES INCURRED: $48,684.73**</u>

# R<small>ILEY</small> B<small>ENNETT</small> E<small>GLOFF</small> LLP

ATTORNEYS AT LAW
141 E. WASHINGTON STREET
FOURTH FLOOR
INDIANAPOLIS, INDIANA 46204
317-636-8000

David Sipiora
Johns Manville Corporation
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202

Page: 1
02/28/2018
Account No: 60045-0000M
Invoice No: 26

E.I.N. 35-1466798

## FOR LEGAL SERVICES RENDERED

RE: Johns Manville Corporation (Knauf)

### Fees

HOURS

[content redacted]

**RILEY BENNETT EGLOFF LLP**

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 2
02/28/2018
Account No: 60045-0000M
Invoice No: 26

HOURS

receive and study correspondence from Plaintiffs to lead counsel re discovery dispute (.10);

Prorated: .1 x $435 = $43.50

# RILEY BENNETT EGLOFF LLP

Johns Manville Corporation

RE: Johns Manville Corporation (Knauf)

Page: 3
02/28/2018
Account No: 60045-0000M
Invoice No: 26

HOURS

[content redacted]

**PAYMENT DUE UPON RECEIPT**

# RILEY BENNETT EGLOFF LLP
### ATTORNEYS AT LAW
141 E. WASHINGTON STREET
FOURTH FLOOR
INDIANAPOLIS, INDIANA 46204
317-636-8000

David Sipiora
Johns Manville Corporation
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO  80202

Page:      1
03/31/2018
Account No: 60045-0000M
Invoice No:         27

E.I.N. 35-1466798

**FOR LEGAL SERVICES RENDERED**

RE:   Johns Manville Corporation (Knauf)

**Fees**

HOURS

03/06/2018  JWR   Receive and study correspondence between lead
counsel and Plaintiffs re ESI protocol and
meet and confer on discovery dispute (.20);    Prorated:  .3 x $435 = $130.50
correspondence to and from lead counsel re
meet and confer calls with Plaintiffs (.10);

03/07/2018  JWR   Receive and study correspondence from lead
counsel re strategy call (NO CHARGE);

# RILEY BENNETT EGLOFF LLP

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 2
03/31/2018
Account No: 60045-0000M
Invoice No: 27

03/08/2018 JWR   Receive and study correspondence from Plaintiffs to lead counsel re meet and confer call (.10);   Prorated: .1 x $435 = $43.50

**RILEY BENNETT EGLOFF LLP**

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 3
03/31/2018
Account No: 60045-0000M
Invoice No: 27

HOURS

03/14/2018 JWR ▮
correspondence from and to lead counsel re status call and strategy call (.10); telephone conferences with lead counsel re strategy (.50); participate in status call ▮

Prorated: 1.0 x $435 = $435

03/21/2018 JWR ▮
correspondence from and to lead counsel re Motion to Compel (.30); ▮

Prorated: .3 x $435 = $130.50

03/22/2018 JWR ▮
receive and study JM's Motion to Compel Discovery (.10); ▮

Prorated: .1 x $435 = $43.50

RILEY BENNETT EGLOFF LLP

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 4
03/31/2018
Account No: 60045-0000M
Invoice No: 27

HOURS

# RILEY BENNETT EGLOFF LLP

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 5
03/31/2018
Account No: 60045-0000M
Invoice No: 27

[redacted]

**PAYMENT DUE UPON RECEIPT**

# RILEY BENNETT EGLOFF LLP
### ATTORNEYS AT LAW
141 E. WASHINGTON STREET
FOURTH FLOOR
INDIANAPOLIS, INDIANA 46204
317-636-8000

David Sipiora
Johns Manville Corporation
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO  80202

Page:    1
04/30/2018
Account No: 60045-0000M
Invoice No:         28

E.I.N. 35-1466798

**FOR LEGAL SERVICES RENDERED**

RE:  Johns Manville Corporation (Knauf)

**Fees**

HOURS

| Date | Atty | Description | |
|---|---|---|---|
| 04/04/2018 | JWR | receive and study correspondence between lead counsel and Plaintiffs re enlargement of time for Plaintiffs' response to Motion to Compel (.10); telephone conferences with lead counsel re strategy (.30); receive and study correspondence between lead counsel and Plaintiffs re schedule (.10); [REDACTED] receive and study Plaintiffs' Motion for Enlargement of Time (.10). | Prorated: .6 x $435 = $261 |
| 04/05/2018 | JWR | Receive and study correspondence from lead counsel to Plaintiffs re enlargement of | Prorated: .1 x $435 = $43.50 |

# RILEY BENNETT EGLOFF LLP

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 2
04/30/2018
Account No: 60045-0000M
Invoice No: 28

HOURS

time (.10);

# RILEY BENNETT EGLOFF LLP

Johns Manville Corporation
RE: Johns Manville Corporation (Knauf)

Page: 3
04/30/2018
Account No: 60045-0000M
Invoice No: 28

HOURS

04/16/2018 JWR

receive and study Plaintiffs' Response to Motion to Compel (.40). Prorated: .4 x $435 = $174

04/18/2018 JWR

correspondence from and to lead counsel re Reply Brief and Motion to Dismiss Briefs and strategy (1.30). Prorated: 1.3 x $435 = $565.50

04/19/2018 JWR

correspondence from and to lead counsel re Motion to Compel Reply (.80). Prorated: .8 x $435 = $348

# RILEY BENNETT EGLOFF LLP

Johns Manville Corporation

RE: Johns Manville Corporation (Knauf)

Page: 4
04/30/2018
Account No: 60045-0000M
Invoice No: 28

HOURS

receive and study JM's Reply in Support of Motion to Compel (.10);

Prorated: .1 x $435 = $43.50

**PAYMENT DUE UPON RECEIPT**