UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KNAUF INSULATION, INC.,
KNAUF INSULATION GMBH, AND
KNAUF INSULATION SPRL,

       Plaintiffs, Counterclaim-Defendants,

       vs.

JOHNS MANVILLE CORPORATION and
JOHNS MANVILLE, INC. a/k/a JOHNS
MANVILLE,

       Defendants, Counterclaim-Plaintiffs.

Case No. 1:15-CV-00111-TWP-MJD

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO RULE 37(a)(5)(B)**

Plaintiffs ("Knauf") respectfully request that this Court, pursuant to Federal Rule of Civil

Procedure 37(a)(5)(B) and the Court's Order on Defendants' Motion to Compel and Motion for

Discovery Sanctions [DKT. 284] (filed under seal at Dkt. 433), award Knauf its reasonable

expenses incurred in opposing Defendants' Motion to Compel and Motion for Discovery

Sanctions [Dkt. 284] in this case, in the total amount of $19,088.00.   A proposed order is

attached and a supporting memorandum accompanies this motion.

       Respectfully submitted,

       D. Rusty Denton
       Briana L. Clark
       BINGHAM GREENEBAUM DOLL
       2700 Market Tower
       10 West Market Street
       Indianapolis, Indiana 46204
       (317) 635-8900 – Telephone
       ddenton@bgdlegal.com
       bclark@bgdlegal.com

Daniel J. Lueders
Spiro Bereveskos
Blake R. Hartz
Matthew M. Gardlik, Ph.D.
WOODARD, EMHARDT, HENRY,
REEVES & WAGNER, LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
(317) 634-3456 – Telephone
(317) 637-7561 – Facsimile
lueders@uspatent.com
judy@uspatent.com
bhartz@uspatent.com
mgardlik@uspatent.com

*Attorneys for Plaintiffs Knauf Insulation, Inc.,
Knauf Insulation GmbH, and Knauf Insulation
SPRL*