UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KNAUF INSULATION, LLC, et al.,           )
                                         )
                Plaintiffs,              )
                                         )
        v.                               )        No. 1:15-cv-00111-TWP-MJD
                                         )
JOHNS MANVILLE CORPORATION, et al.,      )
                                         )
                Defendants.              )

## ORDER ON DEFENDANTS' MOTION TO SEAL

This matter is before the Court on Defendants' Motion to Maintain Documents Under

Seal RE Dkts. 1041 and 1043.  [Dkt. 1045.]  For the reasons set forth below, Defendants' motion

is **GRANTED IN PART** and **DENIED IN PART**.

### I.  Discussion

"Documents that affect the disposition of federal litigation are presumptively open to

public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege

justifies confidentiality." *In re Specht*, 622 F.3d 697, 701 (7th Cir. 2010).  This long-standing

presumption of public access may be rebutted only under certain circumstances.  *Goesel v. Boley*

*Int'l (H.K.) Ltd.*, 738 F.3d 831, 832 (7th Cir. 2013).  Still, "very few categories of documents are

kept confidential once their bearing on the merits of a suit has been revealed." *Baxter Int'l, Inc.*

*v. Abbott Labs.*, 297 F.3d 544, 547 (7th Cir. 2002).  A party may therefore only file a document

under seal if it has "good cause" to do so.  *Citizens First Nat'l Bank of Princeton v. Cincinnati*

*Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999).  In the Southern District of Indiana, the filing of

documents under seal is governed by Local Rule 5-11.

**A.  Documents for Which Both Parties Are the Designating Parties**

In their motion, Defendants state that Docket Numbers 1041 and 1043 contain information designated as confidential by both Plaintiffs and Defendants.  They state that they did not include proposed redacted versions of these documents with their motion because they needed time to confer with Plaintiffs to arrive at joint proposed redacted versions, and that they would "submit a redacted version of Dkts. 1041 and 1043, which redacts both JM's and Knauf's confidential information, as soon as practicable and upon conferring with counsel for Knauf." [Dkt. 1045 at 3.]  Unfortunately, no proposed redacted versions of these documents have been filed in the intervening three months.  Accordingly, Defendants motion is **DENIED** as to these documents.

**B.  Documents for Which Plaintiffs are the Designating Parties**

Defendants state that Plaintiffs are the designating parties for Docket Numbers 1041-1 through 1041-6 and 1043-1 (Exhibits 3650, 3651, 3652, 3655, 3656, 3657, and 3661).  Plaintiffs have filed a Statement Authorizing Unsealing of Exhibits 3652, 3655, 3657, and 3661 [Dkt. 1051]; accordingly, Defendants motion is **DENIED** as to those documents, which are found at Docket Numbers 1041-3, 1041-4, 1041-6, and 1043-1.  Plaintiffs' response does not mention Docket Number 1041-5 (Exhibit 3656), so the motion is **DENIED** as to that exhibit as well.

Plaintiffs wish to maintain Docket Numbers 1041-1 and 1041-2 (Exhibits 3650 and 3651) under seal.  They have provided narrowly redacted versions of those documents and demonstrated good cause to maintain the redacted portions under seal.  Accordingly, Defendants' motion is **GRANTED** as to Docket Numbers 1041-1 and 1041-2.

### III.  Conclusion

For the reasons set forth above, Defendants' motion, [Dkt. 1045], is **GRANTED IN PART** and **DENIED IN PART**.  The Clerk shall **UNSEAL** the following documents:  Docket Numbers 1041, 1041-3, 1041-4, 1041-5, 1041-6, 1043, and 1043-1.  The Clerk shall maintain Docket Numbers 1041-1 and 1041-2 **PERMANENTLY UNDER SEAL**.

Pursuant to Local Rule 5-11(g), documents ordered unsealed by this Order shall be unsealed after 21 days absent a Federal Rule of Civil Procedure 72(a) objection, a motion to reconsider, an appeal, or further court order.

SO ORDERED.

Dated:  4 APR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.