UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:15-cv-00111-TWP-MJD |
| | ) |
| JOHNS MANVILLE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION FOR RECONSIDERATION**

This matter is before the Court on Defendants' Motion For Reconsideration in Part of Orders on Motion to Seal (Dkt. 1066). [Dkt. 1068.] For the reasons set forth below, Defendants' motion is **GRANTED**.

On April 4, 2023, the Court denied Defendants motion to seal Docket Numbers 1041 and 1043 because no proposed redacted versions of these documents had been filed. [Dkt. 1066.] Defendants now move for reconsideration of that Order with regard to Docket Number 1043. Defendants have now filed a proposed redacted version of that document. [Dkt. 1068-2.] The Court finds good cause to maintain the redacted portions of the document under seal. Accordingly, Defendants motion is **GRANTED**, and the Clerk is directed to maintain Docket Number 1043 **PERMANENENTLY UNDER SEAL**.

SO ORDERED.

Dated: 21 APR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.