UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, INC., KNAUF INSULATION GMBH, AND KNAUF INSULATION SPRL, <br><br>  Plaintiffs, Counterclaim-Defendants, <br><br> vs. <br><br> JOHNS MANVILLE CORPORATION and JOHNS MANVILLE, INC. a/k/a JOHNS MANVILLE, <br><br>  Defendants, Counterclaim-Plaintiffs. | Case No. 1:15-CV-00111-TWP-MJD |

**JOINT REPORT ON STATUS OF DISCOVERY (MAY 1, 2023)**

Plaintiffs, Knauf Insulation, Inc., Knauf Insulation GmbH, and Knauf Insulation SPRL (collectively, "Knauf"), and Defendants, Johns Manville Corporation and Johns Manville, Inc. (collectively, "JM") (Knauf and JM are referred to individually as a "Party" and collectively as the "Parties"), jointly submit this Report on Status of Discovery pursuant to the Court's Scheduling Order, Dkt. No. 776.

**I. Discovery Completed In Preceding 28 Days**

    **A.**    **Written Discovery**

        None.

    **B.**    **Document Production**

        None.

    **C.**    **ESI Protocol**

        None.

    **A.**    **Depositions**

    None.

    **B.**    **Tangible Things**

    None.

**II.**    **Discovery Presently Scheduled or Pending.**

    **A.**    **Written Discovery**

    None.

    **B.**    **Document Productions**

    None.

    **C.**    **Depositions**

    None.

    **D.**    **Non-Party Discovery**

    None.

    **E.**    **Tangible Things**

    Nothing scheduled or pending at this time.

**III.**    **Pending Discovery Disputes**

    None at this time.

**IV.**    **Discovery Planned In Next 21 Days**

    In addition to the scheduled items in Section II, above, the Parties identify the following:

    **A.**    **Written Discovery**

    None.

    **B.**    **Document Productions**

    None.

    C.    **Depositions**

        None.

**V.**    **Discovery Remaining**

    A.    **Written Discovery**

        None.

    B.    **Document Productions**

        None.

    C.    **Depositions**

        None.

    D.    **Third-Party Discovery**

        None.

**VII.**  **Other Discovery Issues/Other Matters**

    A.    **Discovery Issues**

        None.

    B.    **Other Matters**

        None.

    C.    **Pending Motions**

A chart of pending motions is included below for the Court's reference:

| Pending Motions | Status |
|---|---|
| Knauf's Motion to Exclude Evidence, Motion for Partial Summary Judgment, and Claim Construction (Dkt. 825)[Dkt. 826] | Fully briefed; hearing held; under submission |
| JM's Motion for Partial Summary Judgment and Motion to Adopt Defendants' Claim Constructions (Dkt. 842) [Dkt. 843] | Fully briefed; hearing held; under submission |
| Knauf's Motion in Limine to Exclude Opinion Testimony of Christopher Bakewell (Dkt. 920) | Fully briefed; under submission |
| JM's Motion in Limine to Exclude the Opinions of Lance Rake (Dkt. 924) | Fully briefed; under submission |

| | |
|---|---|
| JM's Motion in Limine to Exclude the Opinions of Vincent Thomas (Dkt. 925) | Fully briefed; under submission |
| JM's Motion in Limine to Exclude the Opinions of Carl Strauss, Ph.D. (Dkt. 930) | Fully briefed; under submission |
| JM's Motion in Limine to Exclude the Opinions of Geoffrey Coates, Ph.D. (Dkt. 932) | Fully briefed; under submission |

Respectfully submitted,

*/s/Briana L. Clark*
Duane R. Denton (No. 13956-49)
Briana L. Clark (No. 27208-06)
DENTONS BINGHAM GREENEBAUM
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Tel: (317) 635-8900
Fax: (317) 236-9907
*rusty.denton@dentons.com*

Spiro Bereveskos (No. 3905-49)
Daniel James Lueders (No. 11372-49)
Blake R. Hartz (No. 30664-44)
Matthew M. Gardlik, Ph.D. (No. 30633-49)
WOODARD, EMHARDT, HENRY,
REEVES & WAGNER, LLP
111 Monument Circle
Suite 3700
Indianapolis, IN 46204
Tel: (317) 634-3456
Fax: (317) 637-7561
*judy@uspatent.com*

*Counsel for Plaintiffs Knauf Insulation, Inc.; Knauf Insulation GmbH; and Knauf Insulation SPRL*

*/s/Lance Yang*
Charles K. Verhoeven (*pro hac vice*)
*charlesverhoeven@quinnemanuel.com*
Melissa J. Baily (*pro hac vice*)
*melissabaily@quinnemanuel.com*
Lindsay Cooper (*pro hac vice*)
*lindsaycooper@quinnemanuel.com*

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Tel: (415)-875-6600
Fax: (415) 875-6300

Lance Yang (*pro hac vice*)
*lanceyang@quinnemanuel.com*
Scott L. Watson (*pro hac vice*)
*scottwatson@quinnemanuel.com*
Valerie Lozano (*pro hac vice*)
*valerielozano@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

Brett J. Arnold (*pro hac vice*)
*brettarnold@quinnemanuel.com*
Brice C. Lynch (*pro hac vice*)
*bricelynch@quinnemanuel.com*
Ella K. Hallwass (*pro hac vice*)
*ellahallwass@quinnemanuel.com*
555 Twin Dolphin Dr., #560,
Redwood City, CA 94065
Tel.: (650) 801-5000

Fax:  (650) 801-5100

Owen Fullerton Roberts (*pro hac vice*)
*owenroberts@quinnemanuel.com*
51 Madison Ave, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
Hannah E. Dawson (*pro hac vice*)
*hannahdawson@quinnemanuel.com*
111 Huntington Ave., Ste. 520
Boston, MA 02199
Tel.:  (617) 712-7100
Fax:  (617) 712-7200

Kevin M. Bell (*pro hac vice*)
*kbell@kilpatricktownsend.com*
Edward J. Mayle (*pro hac vice*)
*tmayle@kilpatricktownsend.com*
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO, 80202
Tel: (303) 571-4000
Fax: (303) 571-4321

James W. Riley, Jr. (No. 6073-49)
*jriley@rbelaw.com*
Riley Bennett Egloff LLP
500 N. Meridian St., Suite 550
Indianapolis, IN 46204
Tel: (317) 636-8000
Fax: (317) 636-8027

*Counsel for Defendants Johns Manville Corporation and Johns Manville, Inc.*