UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:15-cv-00111-TWP-MJD ) |
| JOHNS MANVILLE CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **David Bilsker** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Johns Manville Corporation in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| ADMISSIONS | COURT YEAR OF ADMISSION |
|---|---|
| The State Bar of California | 1991 |
| The State Bar of Florida | 1990 |
| The State Bar of Michigan | 2015 - Inactive |
| United States Court of Appeals: | 1991 |
|    Federal Circuit | |
|    Ninth Circuit | |
|    Fifth Circuit | |
| United States Patent and Trademark Office | |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:  May 15, 2023

Respectfully submitted,

/s/ Daniel Bilsker
David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Tel: (415)-875-6600
Fax: (415) 875-6700
davidbilsker@quinnemanuel.com