UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:15-cv-00111-TWP-MJD |
| JOHNS MANVILLE CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the motion of attorney David Bilsker to appear *pro hac vice* in this case. [Dkt. 1074.] In his motion, Mr. Bilsker states that he is "admitted to practice and in good standing (i.e., currently authorized to practice as an attorney)" in several states, including Michigan, where he indicates that he was admitted in 2015 and that he is "inactive." He also states that he has never been suspended from practice before any court. However, the public record from the State Bar of Michigan indicates that Mr. Bilsker was admitted to the Michigan bar in 2014 and that his status is "suspended for non-payment of dues." https://www.michbar.org/memberdirectory/detail/id=93617. This could, of course, be a mistake on behalf of the Michigan State Bar, or Mr. Bilsker could be unaware of his suspended status in Michigan. The Court takes the instant motion **under advisement** pending an explanation from Mr. Bilsker regarding this conflicting information. If no such explanation is forthcoming **within ten days of the date of this Order**, the motion will be denied.

SO ORDERED.

Dated: 16 MAY 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.