**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| KNAUF INSULATION, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-00111-TWP-MJD |
| JOHNS MANVILLE CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

**AMENDED MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **David Bilsker** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Johns Manville Corporation in the above-styled cause only.  In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| ADMISSIONS | COURT YEAR OF ADMISSION |
|---|---|
| The State Bar of California | 1991 |
| The State Bar of Florida | 1990 |
| | |
| USDC Northern District of California | 1990 |
| USDC Eastern District of California | 1991 |
| USDC Southern District of California | 1992 |
| USDC Central District of California | 1992 |
| USDC Southern District of Florida | 2007 |
| USDC Middle District of Florida | 2007 |
| USDC Eastern District of Texas | 2006 |
| USDC Northern District of Texas | 1997 |
| | |
| United States Court of Appeals: | |
| Federal Circuit | 1991 |
| Ninth Circuit | 1991 |
| Fifth Circuit | 2004 |
| | |
| United States Patent and Trademark Office | 1996 |

2.   I have never been disbarred from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.  I was admitted to the State Bar of Michigan in December 2014.  I have learned that I was "suspended" for non-payment of dues from the State Bar of Michigan which I stopped paying in 2015.  The circumstances regarding the non-payment and the Michigan bar admission are explained in the accompanying Response of David Bilsker  which responds to the Court's 5/16/2023 order requesting further information regarding the Michigan bar status.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 17, 2023                                Respectfully submitted,

_____
David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Tel: (415)-875-6600
Fax: (415) 875-6700
davidbilsker@quinnemanuel.com