UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:15-cv-00111-TWP-MJD ) |
| JOHNS MANVILLE CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **David Bilsker,** counsel for **Johns Manville Corporation**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Tel: (415)-875-6600
Fax: (415) 875-6700
davidbilsker@quinnemanuel.com

Distribution list:

To all registered counsel by CM/ECF