UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:15-cv-00111-TWP-MJD |
| ) | |
| JOHNS MANVILLE CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the motion of attorney David Bilsker to appear *pro hac vice* in this case.  [Dkt. 1074.]  The Court took the motion under advisement to permit Mr. Bilsker to explain the apparent discrepancy between the statements in his motion that he is "admitted to practice and in good standing (i.e., currently authorized to practice as an attorney)" in Michigan and that he has never been suspended from practice before any court and the public record from the State Bar of Michigan that indicates that Mr. Bilsker's status is "suspended for non-payment of dues." https://www.michbar.org/memberdirectory/detail/id=93617.

Mr. Bilsker has now provided that explanation, [Dkt. 1076], along with an Amended Motion to Appear *Pro Hac Vice*, [Dkt. 1077].  The Court accepts his explanation that he was unaware of his suspended status and that he has now taken steps to resign from the Michigan bar. In light of Mr. Bilsker's lack of disciplinary history and his good standing in several other jurisdictions, the Court finds that Mr. Bilsker's failure to properly manage his exit from the Michigan bar does not disqualify him from appearing in this matter.

Accordingly, Mr. Bilsker's amended motion to appear *pro hac vice*, [Dkt. 1077], is **GRANTED**.  Mr. Bilsker's contact information should be entered as follows:

David Bilsker
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Tel: (415)-875-6600
Fax: (415) 875-6700
davidbilsker@quinnemanuel.com

The original motion, [Dkt. 1074], is **DENIED** as moot.

SO ORDERED.

Dated:  17 MAY 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.