**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KNAUF INSULATION, INC., <br> KNAUF INSULATION GMBH, and <br> KNAUF INSULATION SPRL, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNS MANVILLE CORPORATION and <br> JOHNS MANVILLE, INC., <br><br> Defendants. | Case No. 1:15-cv-00111-TWP-MJR |

**MOTION TO WITHDRAW APPEARANCE**

Attorney Charles K. Verhoeven, pursuant to Local Rule 83-7, hereby moves to withdraw his appearance for Defendants/Counterclaim-Plaintiffs, Johns Manville Corporation and Johns Manville, Inc. ("Johns Manville"). Johns Manville will continue to be represented by counsel from the four law firms of record.

Dated: May 30, 2023             Respectfully submitted,

                                /s/Charles K. Verhoeven
                                Charles K. Verhoeven (*pro hac vice*)
                                *Formerly employed by:*
                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                50 California Street, 22nd Floor
                                San Francisco, CA 94111-4788
                                Tel: (415)-875-6600
                                Fax: (415) 875-6300

Service to all counsel of record via CM/ECF.