UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, INC., KNAUF INSULATION GMBH, AND KNAUF INSULATION SPRL,<br><br>  Plaintiffs, Counterclaim-Defendants,<br><br>vs.<br><br>JOHNS MANVILLE CORPORATION and JOHNS MANVILLE, INC.,<br><br>  Defendants, Counterclaim-Plaintiffs. | Case No. 1:15-CV-00111-TWP-MJD<br><br>Honorable Tanya W. Pratt<br>Magistrate Judge Mark J. Dinsmore |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW**

  This matter is before the Court on Attorney Charles K. Verhoeven's Motion to Withdraw as counsel for Defendants/Counterclaim-Plaintiffs, Johns Manville Corporation and Johns Manville, Inc. Being duly advised, that motion is GRANTED.

Dated: _____, 2023  _____
                          Judge, United States District Court
                          Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.