UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, INC., KNAUF INSULATION GMBH, AND KNAUF INSULATION SPRL, <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> vs. <br><br> JOHNS MANVILLE CORPORATION and JOHNS MANVILLE, INC. a/k/a JOHNS MANVILLE, <br><br> Defendants, Counterclaim-Plaintiffs. | Case No. 1:15-CV-00111-TWP-MJD |

**CONDITIONALLY UNOPPOSED MOTION TO VACATE IN ANTICIPATION OF SETTLEMENT AND DISMISSAL**

Plaintiffs/Counterclaim-Defendants, Knauf Insulation, Inc., Knauf Insulation GmbH, and Knauf Insulation SPRL ("Knauf"), move to vacate the (Sealed) Order on Cross-Motions for Partial Summary Judgment and to Adopt Claim Constructions, and Parties' Motions to Reconsider (ECF 1136, March 28, 2024, the "SJ/CC Order").[1]

In support of this motion, Knauf states:

1. With assistance from the Court, the parties have submitted a joint motion requesting a dismissal of all claims, counterclaims, and defenses in this lawsuit with prejudice.

2. In the SJ/CC Order, certain claims and counterclaims are resolved in favor of Defendants and certain terms in the patent claims are construed favorably to Knauf. While the

---

[1] The SJ/CC Order has since been unsealed. *See* ECF 1140, 1142.

1

pending settlement is not contingent on vacatur, Knauf asserts that this motion would assist concluding this dispute.

3. In a leading case on vacatur of interlocutory decisions in conjunction with settlement, *Cisco Sys., Inc. v. Telcordia Techs., Inc.*, 590 F. Supp. 2d 828, 830 (E.D. Tex. 2008), the court balances factors relating to public interests in finality with conservation of judicial and party resources. The claim construction and summary judgment orders at issue here are not final and may be altered at any time prior to final judgment. Fed. R. Civ. P. 54(b). Here, public interest in reliance on finality will not be impacted as this Court's claim construction decision would be persuasive, rather than binding, and have little (if any) collateral estoppel effect in a separate proceeding. There is no other pending litigation relating to the patents at issue, and limited remaining patent term, such that vacating the SJ/CC Order will have little (if any) impact on any third parties or the public. The public interest in settlement of litigation and conservation of judicial resources outweighs any interest in any preclusive effect that might be derived from the SJ/CC Order. *See also U.S. Gypsum Co. v. Pac. Award Metals, Inc.*, No. C 04-04941, 2006 U.S. Dist. LEXIS 47237, at *3 (N.D. Cal. July 3, 2006) (vacating summary judgment of non-infringement); *Contour Hardening, Inc. v. Vanair Mfg.*, 2016 U.S. Dist. LEXIS 21447 (S.D. Ind. 2016) (Judge Magnus-Stinson) (granting parties' joint Motion to Vacate Claim Construction Order and ordering parties to file a stipulation of dismissal).

4. Submitted herewith in support is the DECLARATION OF DANIEL J. LUEDERS, stating that Knauf does not have any other actual or planned U.S. patent litigation. The lack of pending patent litigation is relevant in connection with vacating the SJ/CC Order such that it does not give rise to any present preclusive effect or conflict. *See Cisco*, 590 F. Supp. 2d at 830-31 (factor 2).

5. Contemporaneously with this Motion to Vacate, the parties have filed a joint motion to dismiss with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure along with a proposed order of dismissal with prejudice.

6. Counsel for Knauf (Mr. Lueders) has conferred with Defendants' counsel (Ms. Baily) and confirms that Defendants do not oppose this motion to the extent that the Court also grants the contemporaneously filed joint motion to dismiss; to the extent the parties' joint motion to dismiss is denied for any reason, Defendants oppose this motion.

**WHEREFORE**, Knauf requests that the Court vacate the SJ/CC Order of ECF 1136. A proposed order is attached.

Dated:  August 16, 2024

Respectfully submitted,

| | |
|---|---|
| *s/Daniel J. Lueders/* | Duane R. Denton (No. 13956-49) |
| Spiro Bereveskos (No. 3905-49) | Briana L. Clark (No. 27208-06) |
| Daniel James Lueders (No. 11372-49) | Meaghan Klem Haller (No. 29323-53) |
| Lisa A. Hiday (No. 18722-53) | DENTONS BINGHAM GREENEBAUM |
| Blake R. Hartz (No. 30664-44) | 2700 Market Tower |
| Matthew M. Gardlik, Ph.D. (No. 30633-49) | 10 West Market Street |
| WOODARD, EMHARDT, HENRY, | Indianapolis, IN 46204 |
| REEVES & WAGNER, LLP | Tel: (317) 635-8900 |
| 111 Monument Circle | Fax: (317) 236-9907 |
| Suite 3700 | *rusty.denton@dentons.com* |
| Indianapolis, IN 46204 | |
| Tel: (317) 634-3456 | Brent R. Baughman |
| Fax: (317) 637-7561 | DENTONS BINGHAM GREENEBAUM |
| *dlueders@uspatent.com* | 3500 PNC Tower |
| | 101 South Fifth Street |
| | Louisville, KY 40202 |
| | Tel: (502) 587-3559 |
| | *brent.baughman@dentons.com* |

*Counsel for Plaintiffs Knauf Insulation, Inc.; Knauf Insulation GmbH; and Knauf Insulation SPRL*

#2233481