UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNAUF INSULATION, LLC,<br>KNAUF INSULATION GmbH,<br>KNAUF INSULATION SPRL,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHNS MANVILLE CORPORATION,<br>JOHNS MANVILLE, INC.,<br><br>        Defendants.<br><br>JOHNS MANVILLE CORPORATION,<br>JOHNS MANVILLE, INC.,<br><br>        Counter Claimants,<br><br>        v.<br><br>KNAUF INSULATION GmbH,<br>KNAUF INSULATION SPRL,<br>KNAUF INSULATION, LLC,<br><br>        Counter Defendants. | No. 1:15-cv-00111-TWP-MJD |

**FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58**

All claims and counterclaims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**:

**Judgment is entered** against Plaintiffs/Counter-Defendants Knauf Insulation GmbH, Knauf Insulation SPRL, and Knauf Insulation, LLC (collectively, "Knauf") and in favor of Defendants/Counter-Claimants Johns Manville Corporation and Johns Manville, Inc. (together, "JM") on the following claims of the **Fifth Amended Complaint**: Count I for infringement of U.S. Patent 8,114,210; Count II for infringement of U.S. Patent 8,940,089; Count III for infringement

of U.S. Patent D631,670; Count IV for infringement of U.S. Patent No. 9,039,827; Count VI for infringement of U.S. Patent 9,464,207; and Count IX for infringement of U.S. Patent 9,926,464.

The following counterclaims of the **First Amended Answer and Counterclaims** are **dismissed with prejudice**: Counterclaim III for Declaratory Judgment of Unenforceability as to only the '464 Patent; and Counterclaim VI for Bad Faith Assertion of a Claim of Patent Infringement.

JM **withdrew** Counterclaim IV for False Marking of the **First Amended Answer and Counterclaims**.

All remaining claims and counterclaims have been **resolved through settlement and joint dismissal with prejudice**.

Judgment is entered accordingly, and this action is **TERMINATED**.

Dated: 8/22/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Brett J. Arnold
Quinn Emanuel Urquhart & Sullivan LLP
brettarnold@quinnemanuel.com

Melissa J. Baily
QUINN EMANUEL URQUHART & SULLIVAN, LLP
melissabaily@quinnemanuel.com

Brent R. Baughman
DENTONS BINGHAM GREENEBAUM LLP (Louisville)
brent.baughman@dentons.com

Kevin M. Bell
KILPATRICK TOWNSEND & STOCKTON LLP
kbell@kilpatricktownsend.com

Spiro Bereveskos
Woodard Emhardt Henry Reeves & Wagner, LLP
sslama@uspatent.com

David Bilsker
Quinn Emanuel Urquhart & Sullivan, LLP
davidbilsker@quinnemanuel.com

Briana Lynn Clark
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
briana.clark@dentons.com

Lindsay Cooper
QUINN EMANUEL URQUHART & SULLIVAN, LLP
lindsaycooper@quinnemanuel.com

Hannah Elizabeth Dawson
Quinn Emanuel Urquhart & Sullivan, LLP
hannahdawson@quinnemanuel.com

Duane R. Denton
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
rusty.denton@dentons.com

Jaclyn Michelle Flint
RILEY BENNETT EGLOFF LLP
jflint@rbelaw.com

Matthew M. Gardlik
WOODARD EMHARDT HENRY REEVES & WAGNER, LLP
mgardlik@uspatent.com

Meaghan Klem Haller
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
meaghan.haller@dentons.com

Ella K. Hallwass
QUINN EMAUEL URGUHART & SULLIVAN LLP
ellahallwass@quinnemanuel.com

Blake R. Hartz
WOODARD EMHARDT HENRY REEVES & WAGNER, LLP
bhartz@uspatent.com

Lisa A. Hiday
WOODARD EMHARDT HENRY REEVES & WAGNER, LLP
lhiday@uspatent.com

Valerie Anne Lozano, I
Quinn Emanuel Urquhart& Sullivan
valerielozano@quinnemanuel.com

Daniel James Lueders
WOODARD EMHARDT HENRY REEVES & WAGNER, LLP
lueders@uspatent.com

Brice C. Lynch
QUINN EMANUEL URQUHART & SULLIVAN, LLP
bricelynch@quinnemanuel.com

Edward J. Mayle
KILPATRICK TOWNSEND & STOCKTON LLP
TMayle@kilpatricktownsend.com

Kristopher L. Reed
KILPATRICK TOWNSEND & STOCKTON LLP
kreed@kilpatricktownsend.com

James W. Riley, Jr.
RILEY BENNETT EGLOFF LLP
jriley@rbelaw.com

Owen Fullerton Roberts
Quinn Emanuel Urquhart & Sullivan LLP
owenroberts@quinnemanuel.com

Lana Robins
Quinn Emanuel Urquhart & Sullivan LLP
lanarobins@quinnemanuel.com

Scott Watson
QUINN EMANUEL URQUHART OLIVER & HEDGES
scottwatson@quinnemanuel.com

Travis D. Whitsitt
KILPATRICK TOWNSEND & STOCKTON LLP
twhitsitt@kilpatricktownsend.com

Lance Yang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
lanceyang@quinnemanuel.com